UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>HECTOR LUIS ORTIZ ALICEA<br>LOELIZ ESTRELLITA VELAZQUEZ RODRIGUEZ<br><br>XXX-XX-0283<br>XXX-XX-6647<br><br>DEBTOR (S) | CASE NO. 16-03912-ESL<br><br><br><br><br>CHAPTER 13 |

**TRUSTEE'S MOTION FOR WAIVER
OF 11 U.S.C. §1302(b)(6) and (d) DUTIES**

TO THE HONORABLE COURT:

   NOW COMES José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

   1. On May 16, 2016 the instant petition was filed.

   2. Debtor(s) reported having a Domestic Support Obligation(s)["DSO"].

   3. The Trustee has a duty, pursuant to 11 U.S.C. §1302(b)(6) and (d), when there is/are DSO claims, to provide certain written notices to the holder(s) of such claims and to the applicable State child support enforcement agencies. To comply with said duty the debtor must provide, pursuant to §521(a)(3), the name, address and the telephone number of the holder of a DSO claim. Also necessary is the name and address of debtor current employer.

   4. On July 05, 2016 debtor filed motion requesting a waiver of his/her duty to provide the Trustee, the above-referred DSO information.

   5. On July 15, 2016, debtor's request was granted.

   6. The necessary consequence of the waiver granted to the debtor is the Trustee impossibility to fully comply with his duties pursuant to 11 U.S.C.§ 1302(b)(6) and (d), hence the Trustee request a waiver of said duties.

   WHEREFORE for the reasons described above, the Trustee respectfully request from this Honorable Court an Order waiving the Trustee duty to provide the written notices required by 11 U.S.C. §1302(b)(6) and (d).

NOTICE

   Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Rule 9006(f) of Fed. R. Bank. P., if you were served by mail, any party against whom this document is served, or any other party in interest who objects to the relief sought herein, shall file and serve an objection or other appropriate response to this document with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the document will be deemed unopposed and may be granted unless no action is needed to be taken; the requested relief is forbidden by law; the requested relief is against public policy or in the

opinion of the Court, the interest of justice requires otherwise.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee certifies that copy of this motion has been served by first class mail on this same date to: the Debtor(s) and her/his/their attorney to the address in the record; and to all Creditors and Parties in interest to their respective address of record, as they appear in the attached master address list, if not are registered CM/ECF system participants.

In San Juan, Puerto Rico this Friday, July 22, 2016.

/s/ Jose R. Carrion

JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884
San Juan, P.R. 00902-3884
Tel (787)977-3535
FAX (787)977-3550

Case:16-03912-ESL13 Doc#:26 Filed:07/22/16 Entered:07/22/16 09:50:09 Desc: Main
TRUSTEE'S MOTION REQUESTING WAIVER Document Page 3 of 3 Page 2